UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIRIAM WESTVEER,

        Plaintiff,

v.

MIDLAND FUNDING, LLC

        Defendant.

Case No. 1:17-cv-01112

Hon. Janet T. Neff
Magistrate Judge Ellen S. Carmody

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the Stipulation of the parties, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the claims against Defendant Midland Funding, LLC are dismissed with prejudice and without costs or fees to either party.

This is a final order and disposes of the last remaining claim.

**IT IS SO ORDERED**.

Date: _____, 2018

        Hon. Janet T. Neff
        United States District Judge

Stipulation:

By: */s/ Jeffrey Mapes (with consent)*
    Jeffrey D. Mapes (P70509)
    Law Office of Jeffrey D. Mapes PLC
    Attorney for Plaintiff
    29 Pearl Street, NW, Ste. 305
    Grand Rapids, MI 49503
    (616) 719-3847
    Jeff@mapesdebt.com

By: */s/ Theodore W. Seitz*
    Theodore W. Seitz (P60302)
    Dykema Gossett PLLC
    Attorney for Defendant
    201 Townsend St., Ste. 900
    Lansing, MI 48933
    (517) 374-9149
    tseitz@dykema.com