## UNITED STATES DISTRICT COURT
## IN THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MIRIAM WESTVEER,

                Plaintiff,

v.

MIDLAND FUNDING, LLC

                Defendant.

Case No. 1:17-cv-01112

Hon. Janet T. Neff
Magistrate Judge Ellen S. Carmody

---

### STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Stipulation of the parties, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the claims against Defendant Midland Funding, LLC are dismissed with prejudice and without costs or fees to either party.

This is a final order and disposes of the last remaining claim.

**IT IS SO ORDERED**.

Date: _____June 5_____, 2018

   /s/ Janet T. Neff_____
Hon. Janet T. Neff
United States District Judge

Stipulation:

By:   */s/ Jeffrey Mapes (with consent)*
      Jeffrey D. Mapes (P70509)
      Law Office of Jeffrey D. Mapes PLC
      Attorney for Plaintiff
      29 Pearl Street, NW, Ste. 305
      Grand Rapids, MI 49503
      (616) 719-3847
      Jeff@mapesdebt.com

By:   */s/ Theodore W. Seitz_____*
      Theodore W. Seitz (P60302)
      Dykema Gossett PLLC
      Attorney for Defendant
      201 Townsend St., Ste. 900
      Lansing, MI 48933
      (517) 374-9149
      tseitz@dykema.com